1   LOEB & LOEB LLP
    OLEG STOLYAR (SBN 229265)
2   astolyar@loeb.com
    JENNIFER JASON (SBN 274142)
3   jjason@loeb.com
    10100 Santa Monica Blvd., Suite 2200
4   Los Angeles, CA 90067
    Telephone: 310.282.2000            FILED
5   Facsimile: 310.282.2200

6                                        APR 27 2018
    Attorneys for Applicant
7   AMBERCROFT TRADING LIMITED          SUSAN Y. SOONG
                                        CLERK, U.S. DISTRICT COURT
8                                       NORTHERN DISTRICT OF CALIFORNIA

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14            CV  18  80 074 MISC

15  In Re Ex Parte Application of Ambercroft     Case No.
    Trading Limited for Order to Obtain
16  Discovery for Use in Foreign Proceeding      **AMBERCROFT TRADING LIMITED'S
                                                 LOCAL RULE 3-15 DISCLOSURE OF
17                                               NON-PARTY INTERESTED ENTITIES
                                                 OR PERSONS**
18

19

20

21

22

23

24

25

26

27

28

16244067.1
230322-10001
16199026.1         AMBERCROFT TRADING LIMITED'S LOCAL RULE 3-15 DISCLOSURE
230322-10001              OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

1    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed

2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6    Soval Investment S.A., 100% shareholder in Ambercroft Trading Limited;

7    Dmitri Kushaev, beneficial owner of Ambercroft Trading Limited;

8    Alexander Kushaev, beneficial owner of Ambercroft Trading Limited.

9

10   Dated: April 25, 2018                  LOEB & LOEB LLP
                                            OLEG STOLYAR
11                                          JENNIFER JASON

12                                          By_____ /s/ Oleg Stolyar
13                                                         Oleg Stolyar
                                            Attorneys for Applicant
14                                          AMBERCROFT TRADING LIMITED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16244067.1                          2
230322-10001
16199026.1       AMBERCROFT TRADING LIMITED'S LOCAL RULE 3-15
230322-10001   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations