1  LOEB & LOEB LLP
   OLEG STOLYAR (SBN 229265)
2  astolyar@loeb.com
   JENNIFER JASON (SBN 274142)
3  jjason@loeb.com
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA 90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6
   Attorneys for Applicant
7  AMBERCROFT TRADING LIMITED

**FILED**

APR 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 18 80074 MISC KAW

| In Re Ex Parte Application of Ambercroft Trading Limited for Order to Obtain Discovery for Use in Foreign Proceeding | Case No.<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF AMBERCROFT TRADING LIMITED** |
|---|---|

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16199024.1
230322-10001

RULE 7.1 DISCLOSURE STATEMENT OF
AMBERCROFT TRADING LIMITED

1  Applicant Ambercroft Trading Limited ("Applicant"), by and through its undersigned
2  counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate
3  disclosure statement and states as follows.
4      1.    Applicant has no parent corporation, and there is no publicly held corporation
5  which owns 10% or more of Applicant's stock.

Dated: April 25, 2018

LOEB & LOEB LLP
OLEG STOLYAR
JENNIFER JASON

By _____ */s/ Oleg Stolyar*
                Oleg Stolyar
Attorneys for Applicant
AMBERCROFT TRADING LIMITED

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

16199024.1
230322-10001

2
RULE 7.1 DISCLOSURE STATEMENT OF
AMBERCROFT TRADING LIMITED