**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss, California Bar No. 169446
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:     (310) 576-2200
sharon.weiss@bclplaw.com

Natalie Daghbandan, California Bar No. 273957
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:    (949) 223-7000
Facsimile:     (949) 223-7100
natalie.daghbandan@bclplaw.com

Attorneys for Movant Mikhail Kokorich

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re Ex Parte Application of Ambercroft Trading Limited for Order to Obtain Discovery For Use in Foreign Proceeding | Case No. 4:18-mc-80074-KAW<br><br>**MIKHAIL KOKORICH'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Date: September 6, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 4<br>         Oakland Courthouse<br>         1301 Clay Street<br>         Oakland, California 94612 |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Mikhail Kokorich;

Glounec Investments;

Sergey Ivanov;

Manfred Krischke;

Dmitry Khan;

Dauria Holding International Ltd, BVI

I2BF-RNC Strategic Resources Fund, L.P.;

Dauria Aerospace Holding Ltd, Cyprus;

Daura Geo Inc., a Delaware Corporation;

Canopus Systems US LLC, a California limited liability company;

Ambercroft Trading Limited;

Dmitry Kushaev;

Astro Digital US, Inc.; and

Damir Begishev.

Dated: June 27, 2018

**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss
Natalie B. Daghbandan

By: */s/ Sharon Z. Weiss*
Sharon Z. Weiss
Attorneys for Movant Mikhail Kokorich